FILED IN OPEN CO...
ON 3-26-2025 BG
Peter A. M...
US District
Eastern C...
Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-67-D-KS

UNITED STATES OF AMERICA    )
                            )
        v.                )      **INDICTMENT**
                            )
KOBE ALEXANDER SCOTT     )

The Grand Jury charges that:

Beginning on or about October 1, 2023, and continuing up to on or about December 13, 2023, in the Eastern District of North Carolina, the defendant, KOBE ALEXANDER SCOTT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed firearms and ammunition, and the firearms and ammunition were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[The remainder of this page intentionally left blank]

## ALLEGATION OF PRIOR CONVICTIONS:

For the purposes of Title 18, United States Code, Section 924(e), the defendant, KOBE ALEXANDER SCOTT, committed the violation alleged in this Indictment after at least three previous convictions for violent felonies, as defined in Title 18, United States Code, Section 924(e)(2), had become final, and said offenses were committed on occasions different from one another.

[The remainder of this page intentionally left blank]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) One Tennessee Arms Co. LLC, Model: Tac-9, 9-millimeter caliber pistol, bearing serial number G000006079, seized on December 13, 2023, from 3915 Western Boulevard, Raleigh, North Carolina any and all associated ammunition.

b) One Anderson Manufacturing, Model: AM-15, .556 millimeter caliber pistol, bearing serial number 20292775, seized on December 13, 2023, from 3915 Western Boulevard, Raleigh, North Carolina any and all associated ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Date: 25 MAR 25

DANIEL P. BUBAR
*Acting United States Attorney*

BY: JAREN E. KELLY
Assistant United States Attorney
Criminal Division