AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.

KOBE ALEXANDER SCOTT

> **RECEIVED**
> By USMS-E/NC at 3:59 pm, Mar 26, 2025

**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:25-CR-67-D-KS**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**KOBE ALEXANDER SCOTT** and he/she shall be brought before the nearest Magistrate/Judge to answer an

___X___ Indictment _____Superseding Indictment _____Criminal Information____Complaint

_____ Order of Court: ___ Violation Notice___Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of firearms and ammunition by a convicted felon

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

MARCH 26, 2025 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 03/26/2025<br>DATE OF ARREST 05/21/2025 | NAME AND TITLE OF ARRESTING OFFICER<br>DUSM C. ALMEIDA | NAME AND TITLE OF ARRESTING |

**FILED**

MAY 2 1 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ M.M. ____ DEP CLK